# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zuffa LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Kelly M Long, et al.,<br><br>　　　　Defendants. | NO. CV-19-04917-PHX-DJH<br><br>**DEFAULT JUDGMENT** |

Pursuant to 47 U.S.C. § 605 and 17 U.S.C. § 504(c)(2) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff and against Defendants Southpaw Concepts LLC and Kelly M. Long, jointly and severally in the total amount of $12,984.00. Plaintiff shall recover costs against Defendants pursuant to 17 U.S.C. § 505 in the amount of $1,625.00.

Debra D. Lucas
District Court Executive/Clerk of Court

November 23, 2020

　　　　　　　　　　　　　　s/ S. Quinones
　　　　　　　　By　　　　Deputy Clerk